AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00059 |
| ROBERT L. BAUER, DOB: ▮▮▮▮ , | ) Assigned to: Judge Zia M. Faruqui |
| EDWARD E. HEMENWAY, II, DOB: ▮▮▮▮ | ) Assign Date: 1/14/2021 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 6, 2021** in the county of _____ in the _____ District of **Columbia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1752 (a)(1) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority |
| 40 U.S.C. 5104(e)(2) | Violent Entry and Disorderly Conduct on Capitol Grounds |

This criminal complaint is based on these facts:

See attached statement of facts.

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Jennifer Whittaker, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 01/14/2021

*Judge's signature*

City and state: WASHINGTON, D.C.    Zia M. Faruqui, MAGISTRATE JUDGE
*Printed name and title*