AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-mj-59 |
| Bauer, Robert | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Robert Bauer.

Date: 01/26/2021

/s/ Meredith M. Ralls
*Attorney's signature*

Meredith M. Ralls, DC Bar 1010407
*Printed name and bar number*
Robinson Law PLLC
10486 Armstrong Street
Fairfax, Virginia 22030

*Address*

MMR@LawyerUpVirginia.com
*E-mail address*

(703) 581-7233
*Telephone number*

(800) 783-4389
*FAX number*